THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HI NUCLEAR INC., a Delaware corporation,<br><br>Defendant. | NO.   2:23-cv-00343-JLR  **JLR**<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., that the Plaintiff is requesting a 30-day extension of the FRCP 26(f) conference, the Initial Disclosures and Combined Joint Status Report, and that Defendant's attorney, David Burton, has no objection to this request, to give the parties time to update the audit conducted in this matter to reflect the correct amounts still due and owing, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..June 5, 2023

Initial Disclosures Pursuant to FRCP 26(a)……..June 19, 2023

Combined Joint Status Report and Discovery
  Plan as Required by FRCP 26(f), and Local
  Rule CR 16…………………………………….. June 26, 2023

Dated this 5th day of May, 2023.

_____
THE HONORABLE JAMES L. ROBART

Presented for Entry by:

By: *s/ Russell J. Reid*_____
Russell J. Reid, WSBA #2560
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Email:  tom@rmbllaw.com
Attorneys for Plaintiff