THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HII NUCLEAR INC., a Delaware corporation, <br><br> Defendant. | NO.   2:23-cv-00343-JLR <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Mary DePaolo Haddad of Fox Rothschild LLP, attorneys for Defendant, Hii Nuclear Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

//

//

//

//

//

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:23-cv-00343-JLR
Page 1 of 2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

DATED this 30th day of June, 2023.

| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | FOX ROTHSCHILD LLP |
|---|---|
| /s/ Russell J. Reid | /s/ M DePaolo Haddad |
| Russell J. Reid, WSBA #2560 | Mary DePaolo Haddad, WSBA #30604 |
| 100 West Harrison Street, N. Tower #300 | 1001 Fourth Avenue, Suite 4400 |
| Seattle WA 98119 | Seattle WA 98154 |
| Telephone: (206) 285-0464 | Telephone: (206) 624-3600 |
| Facsimile: (206) 285-8925 | Facsimile: (206) 389-1708 |
| Email: rjr@rmbllaw.com | Email: MHaddad@FoxRothschild.com |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 30th day of June, 2023.

_____
THE HONORABLE JAMES L. ROBART

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: /s/ Russell J. Reid
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Facsimile: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:23-cv-00343-JLR
Page 2 of 2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925